UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVA S. ENGELHART, CHAPTER 7 TRUSTEE OF THE ESTATE OF MANZOOR A. MEMON<br>    Plaintiff | § § § § § | |
| v. | § | CIVIL ACTON NO. 4:14-cv-00575 |
| MANZOOR A. MEMON, and AMBER M. MEMON,<br>    Defendant | § § § § | |

# CERTIFICATE OF INTERESTED PARTIES
## BY DEFENDANT MANZOOR A. MEMON

Defendant MANZOOR MEMON certifies that the following parties are interested in this lawsuit:

Eva S. Engelhart, Chapter 7 Trustee appointed by the U.S. Bankruptcy Court for the Southern District of Texas for the Estate of Manzoor A. Memon, Case No. 13-32851, Plaintiff

Manzoor A. Memon, Debtor in Case No. 13-32851

Amber M. Memon, wife of Manzoor A. Memon

Sana Memon Bukhari, daughter of Manzoor A. Memon and Amber M. Memon

Haroon Shaikh, judgment creditor

Syed R. Bukhari, lawsuit creditor

Andrew Caplan of the law firm of Weycer, Kaplan, Pulaski & Zuber, P.C.
Attorney for Manzoor A. Memon

Ross Spence of the law firm of Snow Spence Green LLP
Attorney for Amber M. Memon

Peter Johnson, attorney for Manzoor A. Memon in Bankruptcy Case No. 13-32851

Howard King, attorney for Haroon Shaikh and Syed R. Bukhari

H. Miles Cohn of the law firm of Crain Caton & James
Attorney for Haroon Shaikh and Syed R. Bukhari

Individuals Likely to Have Discoverable Information that the Disclosing Party May Use to Support His Claims and/or Defenses:

Tahir Bhatti
9703 Richmond Avenue, Suite 110
Houston, TX 77042

Dr. Naveed Saleem
14146 Cascade Falls Dr.
Houston, TX 77062

Any witnesses disclosed by other parties in this proceeding.

Defendant reserves the right to supplement the information provided herein.

There are no interested parties known to Defendant whose securities are publicly traded.

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */S/ ANDREW M. CAPLAN*
ANDREW M. CAPLAN
State Bar No. 03776700
acaplan@wkpz.com
JEFF CARRUTH
State Bar No. 24001846
jcarruth@wkpz.com
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
713-961-9045
Fax 713-961-5341

ATTORNEYS FOR DEFENDANT
MANZOOR A. MEMON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to Counsel for the following parties in interest, via the DC/EMF Electronic Filing System on the 16th day of April, 2014..

John Mayer
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, Texas 77056
Via Email:  jmayer@rossbanks.com

Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Via Email ross@snowspencelaw.com

              */S/ ANDREW M. CAPLAN*
              ANDREW M. CAPLAN