IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVA S. ENGELHART, CHAPTER 7 TRUSTEE OF THE ESTATE OF MANZOOR A. MEMON, Plaintiff, | § § § § § § | C.A. NO. 4:14-cv-00575 |
| VS. | § § | |
| MANZOOR A. MEMON and AMBER M. MEMON, Defendants. | § § § § | (related to *In re Manzoor A. Memon,* Case No. 13-32851 Bankr. S.D. Tex.) |

## FINAL JUDGMENT

It is:

**ORDERED, ADJUDGED** and **DECREED** that all of the property (real and personal) listed or referenced in the Trustee's complaint, including, but not limited to, the following real properties:

| Recording No. | Legal/HCAD | Subdivision | Street Address |
|---|---|---|---|
| 20110416325 | Lot 442 Block 12 HCAD 0772950120442 | South Pasadena Plaza Section 1 | 2022 Estate Dr. Deer Park, TX 77536 |
| 20110416326 | Lot 6 Block 1 HCAD 1265940010006 | Amber Subdivision | 309 Amber Circle Deer Park, TX 77536 |
| 20110416327 | Lots 1 and 2 Block 2 HCAD 0740670020001 | Matlock-Kemper Subdivision | 502 Center Street Deer Park, TX 77536 |
| 20110416328 | Lots 31 and 32 Block 2 HCAD 0740670020031 | Matlock-Kemper Subdivision | 514 Center Street Deer Park, TX 77536 |
| 20110416329 | Lot 440 Block 12 HCAD 0772950120468 | South Pasadena Plaza Section 1 | 2010 Estate Dr. Deer Park, TX 77536 |

| Recording No. | Legal/HCAD | Subdivision | Street Address |
|---|---|---|---|
| 20110417204 | 6600 Square Feet or .1515 acre tract TRS 102J-1 & 102K HCAD 0113190000576 | George M. Patrick Survey, A-624 Deer Park Outlots | 213 Dixie Deer Park, TX 77536 |
| 20120343650 | 6,600 Square Feet, part of Outlot 102 TR 102J HCAD 0113190000367 | Deer Park Outlots | 217 Dixie Drive Deer Park, TX 77536 |
| 20110417205 | Lot 383 Block 3 HCAD 0772950030383 | South Pasadena Plaza Section 1 | 1807 Hillshire Deer Park, TX 77536 |
| 20110417206 | Lots 444 and 445 Block 12 HCAD 0772950120444 | South Pasadena Plaza Section 1 | 2030 Estate Dr. Deer Park, TX 77536 |
| 20110417207 | Lot 411 Block 10 HCAD 0772950100411 | South Pasadena Plaza Section 1 | 2033 Estate Dr. Deer Park, TX 77536 |
| 20110417209 | Lots 424 and 425 Block 10 HCAD 0772950100432 | South Pasadena Plaza Section 1 | 1917/1921 Estate Dr. Deer Park, TX 77536 |
| 20110417210 | 15000 Square Feet TR 5E-1 HCAD 0440830000041 | Fabricus Reynolds Survey, Abstract 643 | 7448 Spencer Highway Pasadena, TX 77505 |
| 20110417212 | 0.1653 acre (7200 Square Feet) TR 105H HCAD 0113190000370 | Town of Deer Park Deer Park Outlots | 5813 Page Deer Park, TX 77536 |
| 20110420641 | Lot 382 Block 3 HCAD 0772950030382 | South Pasadena Plaza Section 1 | 1811 Hillshire Deer Park, TX 77536 |
| 20110420642 | Lot 19 Block 9 HCAD 0790850090019 | Spencer View Terrace | 7421 Carrie Lane Deer Park, TX 77536 |
| 20110420643 | Lot 19 Block 8 HCAD 0790850080019 | Spencer View Terrace | 7421 Elbridge Deer Park, TX 77536 |
| 20110420644 | Lot 16 Block 6 HCAD 0790850060016 | Spencer View Terrace | 7433 Faith Deer Park, TX 77536 |
| 20110420645 | Lot 17 Block 3 HCAD 0790850030017 | Spencer View Terrace | 7429 W Temperance Deer Park, TX 77536 |
| 20110420646 | Lot 9 Block 8 HCAD 0790850080009 | Spencer View Terrace | 7434 Evie Lane Deer Park, TX 77536 |
| 20110385274 | Lot 5 Block 1 HCAD 1148440010005 | Pasadena River Oaks | 3810 Bogota Drive Pasadena, TX 77505 |

| Recording No. | Legal/HCAD | Subdivision | Street Address |
|---|---|---|---|
| 20100327439 20100326109 Deeds of Trust | Lot 7 Block 4 HCAD 1157580040007 | Bayou Bend | 706 Wisdom Deer Park, TX 77536 |
| Z494992 Deed of Trust | Lot 4 Block 1 HCAD 1265940010004 | Amber | 317 Amber Circle Deer Park, TX 77536 |

and all personal property referred to in:

| Recording No. | Date | Description |
|---|---|---|
| 20060138890 | 10-16-06 | Memon's Living Trust |
| 20100299743 | 01-12-10 | Assignment of Living Trust |
| 20110401653 | 01-28-11 | Amendment to Memon's Living Trust |

together with all past and future income from all of the foregoing real and personal property, is the separate property of Amber Memon, owned by her individually and not in trust or as community property, and such property is not subject to execution by creditors of Manzoor A. Memon, the Memon's Living Trust, or any entity with which Amber Memon or Manzoor A. Memon is or has been affiliated.

It is further **ORDERED** that the Clerk of Harris County shall accept a certified copy of this Final Judgment for recording in the real property records where it shall evidence that Amber Memon has title to the property as her separate property.

It is further **ORDERED** that all other relief that was sought or could have been sought in this adversary proceeding is DENIED WITH PREJUDICE.

It is further **ORDERED** that except as set forth above, all costs of court herein are taxed against the party incurring same. This judgment disposes of all claims and all parties, is appealable, and therefore is a final disposition of this cause.

SIGNED this \_\_\_\_ day of _____, 2014.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

Approved and submitted for entry:

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: _____/s/ John Mayer_____
    John Mayer
    State Bar No. 13274500
    Email: jmayer@rossbanks.com
    2 Riverway, Suite 700
    Houston, TX 77056
    Telephone: (713) 626-1200
    Telecopier: (713) 623-6014
    *Attorneys for Plaintiff,*
    *Eva S. Engelhart, Chapter 7 Trustee*
    *of the Estate of Manzoor A. Memon*

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____/s/ Andrew M. Caplan_____ by permission WRS
    Andrew M. Caplan
    State Bar No. 03776700
    Email: acaplan@wkpz.com
    Jeff Carruth
    State Bar No. 24001846
    Email: jcarruth@wkpz.com
    11 Greenway Plaza, Suite 1400
    Houston, TX 77046
    Telephone: (713) 961-9045
    Telecopier: (713) 961-5341
    *Attorneys for Defendant,*
    *Manzoor A. Memon*

SNOW SPENCE GREEN LLP

By: _____/s/ Ross Spence_____
    Ross Spence
    State Bar No. 18918400
    Email: ross@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, TX 77019
    Telephone: (713) 335-4800

Telecopier: (713) 335-4848
*Attorneys for Defendant,*
*Amber M. Memon*

I:\Client\MEMA0001 Amber Memon\USDC Case\Pleadings\Final Judgment.doc